# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE No.** 0:20-cv-60180-MGC

RYAN TURIZO,

    Plaintiff,

vs.

UDR, INC.
d/b/a THE BREYLEY APARTMENT.

    Defendant.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff RYAN TURIZO, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice Voluntary Dismissal *with* Prejudice of the above styled action.

DATED: March 3, 2020

    Respectfully Submitted,

    /s/ Jibrael S. Hindi
    **JIBRAEL S. HINDI, ESQ.**
    Florida Bar No.: 118259
    E-mail:   jibrael@jibraellaw.com
    **THOMAS J. PATTI, ESQ.**
    Florida Bar No.: 118377
    E-mail:   tom@jibraellaw.com
    The Law Offices of Jibrael S. Hindi
    110 SE 6th Street, Suite 1744
    Fort Lauderdale, Florida 33301
    Phone:     954-907-1136
    Fax:       855-529-9540

    *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 3, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                        Respectfully Submitted,

                                        /s/ Thomas J. Patti                                   .
                                        **THOMAS J. PATTI, ESQ.**
                                        Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com