UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-60180-Civ-COOKE

RYAN TURIZO,

      Plaintiff,

vs.

UDR, INC., *doing business as*
THE BREYLEY APARTMENT,

      Defendant.

_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal with Prejudice (ECF No. 8). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 10th day of March 2020.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of Record*